IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-41241
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CARLOS JESUS BARRIENTOS-VASQUEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-01-CR-195-1
--------------------
August 21, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Carlos Jesus Barrientos-Vasquez appeals his guilty-plea
conviction and sentence for possessing with the intent to
distribute approximately 49 kilograms of marijuana.  Barrientos
contends that 21 U.S.C. § 841 is facially unconstitutional in
light of Apprendi v. New Jersey, 530 U.S. 466 (2000).

     As Barrientos concedes, his argument is foreclosed by this
court's decision in United States v. Slaughter, 238 F.3d 580, 582

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

(5th Cir. 2000), <u>cert. denied.</u>, 532 U.S. 1045 (2001). He raises the issue only to preserve it for Supreme Court review. The judgment of the district court is AFFIRMED.